# ALABAMA COURT OF CRIMINAL APPEALS



August 15, 2025

**CR-2024-0056**
T.A.A., Jr. v. State of Alabama (Appeal from Coffee Circuit Court: CC-21-323)

## <u>NOTICE</u>

You are hereby notified that on August 15 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk